**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

(1) PAYNE TRANSPORT, LLC, and
(2) RICHARD PAYNE

      Plaintiffs,

vs.

(1) NEW ALLIANCE INSURANCE
    BROKERS, INC. and
(2) LUIS MARCELO POVOLO,

      Defendants.

Case No. 17-CV-246-RAW

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Payne Transport, LLC and Richard Payne, and defendants, New Alliance Insurance Brokers, Inc. and Luis Marcelo Povolo, pursuant to Rule 41(a)(1)(A)(ii), FRCP stipulate to the dismissal of this case with prejudice.

    Respectfully submitted,

    s/Johnathan R. Ortwein
    JONATHAN R. ORTWEIN, OBA #32092
    LAIRD HAMMONS LAIRD, PLLC
    1332 S.W. 89th Street
    Oklahoma City, OK 73159
    (405) 703-4567 Telephone
    (405) 703-4061 Facsimile
    jonathan@lhllaw.com
    **ATTORNEY FOR PLAINTIFFS**

    s/Roger N. Butler, Jr.
    ROGER N. BUTLER, JR., O  BA #13668
    SECREST, HILL, BUTLER & SECREST
    7134 South Yale, Suite 900
    Tulsa, Oklahoma  74136-6342
    (918) 494-5905 (Telephone)
    (918) 494-2847 (Facsimile)
    rbutler@secresthill.com
    **ATTORNEY FOR DEFENDANTS
    NEW ALLIANCE INSURANCE BROKERS,
    INC. and MARCELO LUIS POVOLO**

## **CERTIFICATE OF MAILING**

I hereby certify that on October 25, 2017, I electronically transmitted the above and foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Jonathan R. Ortwein, Esq.
Roger N. Butler, Jr., Esq.
Diane M. Black, Esq.

s/Roger N. Butler, Jr.   _____